No. 07-16-00073-CR

| | | |
|---|---|---|
| Jimmy Zavala | § | From the 137th District Court |
| Appellant | | of Lubbock County |
| | § | |
| v. | | August 11, 2016 |
| | § | |
| The State of Texas | | Opinion Per Curiam |
| Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated August 11, 2016, it is ordered, adjudged and decreed that the appeal is abated and the cause is remanded to the 137th District Court of Lubbock County, Texas for further proceedings in accordance with this Court's opinion entered this day.

o O o